**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

MARCO ARREL ESCOTO CORNEJO,

     Petitioner,

v.                                                                    Case No. 2:25-cv-3076-MSN-cgc

Christopher Bullock, Acting Field Office
Director of Enforcement and Removal Operations,
New Orleans Field Office, Immigration and
Customs Enforcement,

     Respondent.

---

**ORDER TO SHOW CAUSE**

---

On May 12, 2026, Respondent filed a notice indicating that Petitioner in this matter was granted a voluntary departure under safeguards on May 1, 2026.  (ECF No. 15; ECF No. 15-1.) It therefore appears that the Petition for Writ of Habeas Corpus (ECF No. 1) is moot.  Petitioner is therefore **ORDERED** to show cause <u>within seven (7) days of the date of this Order</u> why the Petition for Writ of Habeas Corpus (ECF No. 1) should not be dismissed without prejudice as moot.

     **IT IS SO ORDERED**, this 15th day of May, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE
