**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

MARCO ARREL ESCOTO CORNEJO,

      Petitioner,

v.                                                                          Case No. 2:25-cv-3076-MSN-cgc

CHRISTOPHER BULLOCK, Acting Field Office
Director of Enforcement and Removal Operations,
New Orleans Field Office, Immigration and
Customs Enforcement,

      Respondent.

---

**ORDER OF DISMISSAL**

---

On May 12, 2026, Respondent filed a notice indicating that Petitioner in this matter was granted a voluntary departure under safeguards on May 1, 2026.  (ECF No. 15; ECF No. 15-1.) Based on the Respondent's notice, the Court entered an Order to Show Cause on May 15, 2026, directing Petitioner to show cause within seven (7) days why the Petition for Writ of Habeas Corpus (ECF No. 1) should not be dismissed without prejudice as moot.  The deadline for responding to the Order to Show Cause has expired and no response has been filed.

Therefore, the Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as moot.  A judgment will be entered accordingly.

**IT IS SO ORDERED**, this 28th day of May, 2026.

                           *s/ Mark S. Norris*
                           MARK S. NORRIS
                           UNITED STATES DISTRICT JUDGE